UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re:

GREGORY STEVEN BARTELL        Case No. 05-MISC-25

        Debtor
_____/

ORDER

On April 15, 2005, the above-captioned civil action was assigned to this branch of the court for further proceedings.

Pursuant to 28 U.S.C. § 455(a) I herewith recuse myself from further participation in this case. Accordingly,

IT IS ORDERED that the file in this matter be and the same is herewith returned to the clerk of court for random reassignment to another judge.

Dated at Milwaukee, Wisconsin this ___18th___ day of April, 2005.

BY THE COURT:

    s/ J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge